AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

____MIDDLE____ District of ____ALABAMA____

UNITED STATES OF AMERICA

V.

LESLIE H. TRAWICK
ROUTE 2, BOX 137-B
OPP, AL 36467

**WARRANT FOR ARREST**

Case Number:  2:05CR149-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____**LESLIE H. TRAWICK**____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with  (brief description of offense)

Sell or Distribute a Controlled Substance

Aiding and Abetting

in violation of Title ___21 & 18___ United States Code, Section(s) ___841, 846, and 2___

DEBRA P. HACKETT
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

JUNE 30, 2005 AT MONTGOMERY, AL.
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |