**COURTROOM DEPUTY MINUTES**       DATE: **JULY 12, 2005**
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: **2:19 - 2:38**

- [X] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [X] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **VANZETTA P. MCPHERSON** DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05CR149-F-CSC**        DEFT. NAME: **LESLIE TRAWICK dba LAKE GROCERY**

USA: **Jerry Moore**            ATTY: **Leslie Smith**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (X) CDO ( ) Stand In ONLY

USPTSO/USPO: **Ron Thweatt**

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

- [X] kars.        Date of Arrest **7/12/05**    or  [ ] karsr40
- [X] kia.         Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [ ] kcnsl.       Deft. First Appearance with Counsel
- [ ]              Deft. First Appearance without Counsel
- [ ]              Requests appointed Counsel   [ ] ORAL MOTION for Appointment of Counsel
- [X] kfinaff.     Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] koappted     **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt.     Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]              Deft. Advises he will retain counsel. Has retained _____
- [ ]              Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]              Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ] kdmhrg.      **Detention Hearing** [ ] held; [ ] set for _____ at _____
- [ ] kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.       **ORDER OF DETENTION PENDING TRIAL** entered
- [X] kocondrls.   Release order entered. Deft. advised of conditions of release
- [X] kbnd.        [ ] **BOND EXECUTED** (M/D AL charges) $ **25,000**. Deft released (kloc LR)
                   [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ]              Preliminary Hearing [ ] Set for _____
- [ ] ko.          Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.      Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]              Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [X] karr.        **ARRAIGNMENT** SET FOR: _____ [X] HELD. Plea of **NOT GUILTY** entered.
                   [X] Set for **11/7/05** Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
                   DISCOVERY DISCLOSURES DATE: **7/15/05**
- [ ] krmknn.      NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.     Identity/Removal Hearing set for _____
- [X] kwvspt       Waiver of Speedy Trial Act Rights Executed

Court finds the deft NOT eligible for appt of Counsel.