IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) CR. NO. 2:05CR149-F |
| LESLIE H. TRAWICK, d/b/a | ) |
| LAKE GROCERY | ) |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, **Leslie H. Trawick, d/b/a/ Lake Grocery,** defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_____7/12/05_____          _____
DATE                                              DEFENDANT

                                                    _____
                                                    ATTORNEY FOR DEFENDANT