IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR. NO. 2:05cr149-F |
| LESLIE H. TRAWICK, | ) |
| BUFFY LYNN ROBERSON, and | ) |
| KIM LNU | ) |

## MOTION TO AMEND INDICTMENT

COMES NOW the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. The Grand Jury for the Middle District of Alabama returned an indictment against the defendant who was then known to the Grand Jury as Kim LNU (Last Name Unknown).

2. The United States has learned that defendant Kim LNU is in fact, Kim Chatham. The United States respectfully moves to amend the indictment to reflect the defendant's true last name which is Chatham.

Respectfully submitted this 20th day of July, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR. NO. 2:05cr149-F |
| LESLIE H. TRAWICK, | ) |
| BUFFY LYNN/ ROBERSON, and | ) |
| KIM LNU | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bruce Maddox, Esquire.

Respectfully submitted,

/s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T