| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR NO: 2:05CR149-F |
| | * | |
| LESLIE H. TRAWICK | * | |

## NOTICE OF APPEARANCE

**COMES NOW**, the undersigned attorney and places this Court on notice that he will be representing Defendant Leslie H. Trawick in the above-styled cause.

**RESPECTFULLY** submitted this the 22nd day of July, 2005.

/s/ Larry Grissett, GRI024                /s/ David J. Harrison, HAR149
Attorney for Defendant                    Attorney for Defendant
210 North Main Street                     P.O. Box 994
Opp, Alabama 36467                        Geneva, Alabama 36340
(334) 493-9475                            (334) 684-8729

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document upon the United States Attorney, P.O. Box 197, Montgomery, Alabama 36101-0197, by placing a copy of the same in the United States Postal Service, postage prepaid, on this the 22nd day of July, 2005.

/s/ David J. Harrison, HAR149