```
          IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

UNITED STATES OF AMERICA         )
                                 )
    v.                             )   CR. NO. 2:05cr149-F
                                 )
LESLIE H. TRAWICK d/b/a          )
LAKE GROCERY,                    )
BUFFY LYNN ROBERSON, and         )
KIM LNU                          )

<u>UNITED STATES' NOTICE OF APPEARANCE</u>

    Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

    Respectfully submitted this 10th day of August, 2005.

                                      FOR THE UNITED STATES ATTORNEY
                                            LEURA G. CANARY

                                <u>/s/John T. Harmon</u>
                                John T. Harmon
                                Assistant United States Attorney
                                Office of the United States Attorney
                                Middle District of Alabama
                                One Court Square, Suite 201 (36104)
                                Post Office Box 197
                                Montgomery, Alabama 36101-0197
                                Telephone:(334) 223-7280
                                Facsimile:(334) 223-7560
                                E-mail: <u>John.Harmon@usdoj.gov</u>
                                Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2005, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jeffery C. Duffey, David Jerome Harrison, Bruce Maddox** and **Tommie Brown Hardwick.**

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J