IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:05-CR-149-F |
| ) | |
| LESLIE H. TRAWICK ) | |
| BUFFY LYNN ROBERSON ) | |
| KIM LNU ) | |

## **O R D E R**

Upon consideration of the government's Motion to Amend Indictment (Doc. #28) filed on July 20, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 16th day of September, 2005.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE