**COURTROOM DEPUTY MINUTES**           **DATE :**   SEPTEMBER 19, 2005

**MIDDLE DISTRICT OF ALABAMA**           **DIGITAL RECORDED:**   1:09 - 1:09

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:**   2:05CR149-F-CSC       **DEFENDANT NAME:** LESLIE H. TRAWICK

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. DAVID J. HARRISON |

√   **DISCOVERY STATUS: NONE.**

√   **PENDING MOTION STATUS:  NONE**

√   **PLEA STATUS: POSSIBLE PLEA**

√   **TRIAL STATUS: WILL TAKE 3 DAYS FOR TRIAL**

☐   **REMARKS:**