IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
vs.                             )        CR. NO. 2:05CR149-F
                                )
LESLIE H. TRAWICK               )
d/b/a Lake Grocery

**ORDER**

Pursuant to the  defendant's *Notice of Intent to Change Plea* (Doc. #49) filed on

October 24, 2005, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for

**November 2, 2005**, at **11:00 a.m.,**  in courtroom 4B, United States Courthouse Complex,

One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding.  If the

defendant is in custody, the United States Marshal or the person having custody of the

defendant shall produce the defendant for the proceeding.

Done this 26th day of October, 2005.


                          /s/Charles S. Coody
                         CHARLES S. COODY
                         CHIEF UNITED STATES MAGISTRATE JUDGE