# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

LESLIE H. TRAWICK

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:05cr149-F

I, __LESLIE H. TRAWICK__, the above named defendant, who is accused of

VIOLATIONS OF TITLE ~~18~~ 21 USC § 841(f)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11-2-05__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*