COURTROOM DEPUTY MINUTES DATE: __11/2/05__   PTR RECORDING: __11:41 - 11:59__

MIDDLE DISTRICT OF ALABAMA   COURT REPORTER: RISA ENTREKIN

❏ ARRAIGNMENT   √ CHANGE OF PLEA   ❏ CONSENT PLEA

❏ RULE 44(c) HEARING   ❏ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: *CHARLES S. COODY* | DEPUTY CLERK: *WANDA STINSON* |
| CASE NUMBER: *2:05CR149*-F-CSC | DEFENDANT NAME: LESLIE H. TRAWICK |
| AUSA: *TOMMIE HARDWICK* | DEFENDANT ATTY: *DAVID J. HARRISON* |
| | Type Counsel: ( ) Waived; (√) Retained; ( ) Panel CJA; ( ) CDO |
| USPO: *DAVID CONOLY* | |
| Defendant ___ does __√__ does NOT need and interpreter. | |
| Interpreter present? __√__ NO ___ YES   Name: _____ | |

❏ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **FELONY INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) __1__ of the **Felony Information**

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏ No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued under √ same Conditions/Bond imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____; √ Sentencing on _____; √ To be set by Separate Order

❏ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.