IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO.   2:05cr00149-F |
| v. ) | |
| ) | |
| ) | |
| LESLIE H. TRAWICK,  d/b/a ) | |
| LAKE GROCERY ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and submits this motion to continue the sentencing of Leslie H. Trawick, and as grounds states the following:

1. On November 2, 2005, Defendant Trawick entered a guilty plea to a one-count Information pursuant to Rule 11(c)(1)(C).   A*s* part of the plea agreement, the defendant agreed to be debriefed and cooperate with the government.

2. There are two co-defendants who were scheduled for jury trial on February 13, 2006.  However, the trial has been continued because defense for Kim Chatham withdrew as counsel of record for medical reasons.  Therefore, the trial has been continued to an unspecified date.

3. The sentencing of Defendant Leslie H. Trawick is presently scheduled at 9:00 a.m. on February 7, 2006.  The government anticipates that Defendant Trawick will be a witness for the government pursuant to his plea agreement and cooperation agreement.  Should the defendant provide substantial assistance to the government by testifying truthfully, the defendant will be entitled to a motion for

        downward departure based upon his substantial assistance.

4.     The attorney for the defendant, David Jerome Harrison, has been contacted and he does not oppose a continuance of the sentencing of Defendant Trawick. Further, Defendant Trawick is not incarcerated and will not be prejudiced by a continuance.

5.     The government requests a continuance until the trial of co-defendants Buffy Roberson and Kim Chatham, Cr. No. 2:05CR149-F, has been concluded. (Trial of Defendants Roberson and Chatham has been reassigned to U.S. District Judge L. Scott Coogler while sentencing of Defendant Trawick remains before this Honorable Court).

Respectfully submitted on this 30th day of January, 2006.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/Tommie Brown Hardwick
                TOMMIE BROWN HARDWICK
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334)223-7280
                Fax: (334)223-7135
                E-mail: tommie.hardwick@usdoj.gov
                ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )    CR. NO.  2:05cr00149-F |
| v. | ) |
| | ) |
| | ) |
| LESLIE H. TRAWICK, d/b/a | ) |
| LAKE GROCERY | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David Jerome Harrison.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T