IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:05-cr-149-MEF |
| ) | |
| LESLIE H. TRAWICK d/b/a ) | |
| LAKE GROCERY ) | |

## **O R D E R**

Upon consideration of the Unopposed Motion to Continue Sentencing (Doc. #82) filed on January 30, 2006, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set for February 7, 2006 is continued to June 19, 2006 at 8:30 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 31st day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE