# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

(17) ✓

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 2:05cr149-F |
| **DEFENDANT** LESLIE H. TRAWICK d/b/a LAKE GROCERY | **TYPE OF PROCESS** PRELIMINARY ORDER OF FORFEITURE |

RECEIVED 2005 DEC -9 P 2:00
UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SOUTHTRUST BANK, N.A.

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
POST OFFICE BOX 400 - OPP, ALABAMA 36467

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

CATS #05-DEA-459624

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

**TELEPHONE NUMBER** (334) 223-7280
**DATE** DECEMBER 8, 2005

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 12/9/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (*If not shown above*).
Donna Pinson - Service banker

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service 3/30/2006   Time 12:15 pm

Signature of U.S. Marshal or Deputy
C.J. Tatom

| Service Fee $45.00 | Total Mileage Charges (including endeavors) $1.78 | Forwarding Fee Ø | Total Charges $46.78 | Advance Deposits Ø | Amount Owed to US Marshal or $46.78 | Amount or Refund Ø |

**REMARKS:** Subject is now known as Wachovia Bank. 4 miles from previous service on same case.

RETURNED AND FILED
APR - 4 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

FORM USM 285 (Rev. 12/15/80)
PRIOR EDITIONS MAY BE USED