IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 26 A 9: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| VS. | *   CASE NO: 2:05CR149 |
| LESLIE H. TRAWICK d/b/a LAKE GROCERY, | * |
| Defendant. | * |

## NOTICE OF CLAIM OF BARBARA TRAWICK

**COMES NOW**, the Petitioner, BARBARA TRAWICK, by and through her undersigned attorney and files this Notice of Claim to property described in the Preliminary Order of Forfeiture (Doc 71) and would allege as follows:

1. That pursuant to a Warranty Deed, a copy of which is attached hereto, Barbara Trawick has a rightful title to an undivided one-half interest in the property described in the Preliminary Order of Forfeiture, said property also known as The Lake Grocery, located at 23777 US Hwy 331, Opp, Alabama 36467.

2. That Barbara Trawick would allege that her individual one-half interest is not subject to forfeiture and that her interest in the undivided one-half interest is superior to any claims of any other parties including that of the United States of America.

**WHEREFORE**, Barbara Trawick prays that this Honorable Court will recognize her claim in the aforementioned property.

*Barbara Trawick*
Barbara Trawick

STATE OF ALABAMA
COUNTY OF GENEVA

Before me, the undersigned authority, a Notary Public in and for said County and State at large, personally appeared Barbara Trawick, who being first duly sworn, did depose and state, under oath that the facts contained in the foregoing Notice are true and correct to the best of her knowledge, memory and belief.

Sworn to and subscribed before me this 19th day of April, 2006.

_____
Notary Public
My Commission Expires: 3/10/10

**RESPECTFULLY** submitted this the 24th day of April, 2006.

_____
David J. Harrison, HAR149
Attorney for Petitioner
P.O. Box 994
Geneva, Alabama 36340
(334) 684-8729

### CERTIFICATE OF SERVICE

I hereby certify that on April 24th, 2006, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Jeffery C. Duffey, John T. Harmon, Tommie Brown Hardwick.

_____
David J. Harrison (HAR149)