STATE OF ALABAMA)

COVINGTON COUNTY)

Prepared by:  Murphy & Murphy, P.C.
P. O. Drawer 1736
Andalusia, AL 36420

## Warranty Deed
### Jointly for Life, Remainder to the Survivor

**Know All Men By These Presents,** That in consideration of Ten Dollars and Other Valuable Considerations to the undersigned grantors, **Walter T. Grimes,** a married man, and **Charles T. Grimes,** a married man, in hand paid by **Leslie H. Trawick** and wife, **Barbara C. Trawick,** the receipt whereof is hereby acknowledged, we do grant, bargain, sell and convey unto the said **Leslie H. Trawick** and wife, **Barbara C. Trawick,** for and during their joint lives and upon the death of either of them, then to the survivor of them in fee simple, together with every contingent remainder and right of reversion, the following described real estate, to-wit:

For a Point Beginning of the lands herein described, commence at an iron pin set at the point where an ancient fence marking the accepted West line of the NE 1/4 of Section 8, Township 4 North, Range 18 East, intersects the Westerly margin of U. S. Highway No. 331, thence S17° 07.1'E along the West line of said highway a distance of 1105.58 feet to a point marked by an iron pin, thence S86° 58.5'W a distance of 330.71 feet to a point marked by an iron pin, thence N0° 05.1'E a distance of 1074.07 feet to the Point of Beginning.  Said lot or parcel of land lying in and being a part of the W 1/2 of NE 1/4 of Section 8, Township 4 North, Range 18 East and containing 4.071 acres, more or less.

ALSO, commence at an iron pin set at the point where an ancient fence marking the accepted West line of the NE 1/4 of Section 8, Township 4 North, Range 18 East, intersects the Westerly margin of U. S. Highway No. 331, thence S17° 07.1'E along the West line of said highway a distance of 1105.58 feet to a point marked by an iron pin, and the Point of Beginning of the lands herein described, thence continue S17° 07.1'E along the West line of said highway a distance of 304.44 feet to a point marked by an iron pin, thence S72° 20.4'W a distance of 440.52 feet to a point marked by an iron pin, thence N0° 05.1'E a distance of 407.17 feet to a point marked by an iron pin, thence N86° 58.5'E a distance of 330.71 feet to the Point of Beginning.  Said lot or parcel of land lying in and being a part of the W 1/2 of NE 1/4 of Section 8, Township 4 North, Range 18 East and containing 3.092 acres, more or less.

RECITAL:  The above described property constitutes no part of the homestead of the Grantors or their respective spouse.

situated in the County of Covington, State of Alabama.

**To Have And To Hold,** to the said **Leslie H. Trawick** and wife, **Barbara C. Trawick,** for and during their joint lives and upon the death of either of them to the survivor of them in fee simple, and to the heirs and assigns of such survivor forever, together with contingent remainder and right of reversion.  And we do for ourselves and our heirs, executors and administrators, covenant with the said **Leslie H. Trawick** and wife, **Barbara C. Trawick,** their heirs and assigns, that we are lawfully seized in fee simple of said premises;  that it is free from all encumbrances, and that we have a good right to sell and convey the same as aforesaid; that we will and our heirs, executors and administrators shall warrant and defend the same to the said **Leslie H. Trawick** and wife, **Barbara C. Trawick,** their heirs and assigns forever, against the lawful claims of all persons.

Given under our hands and seals, this 8th day of April, 1998.

ALABAMA BUREAU OF INVESTIGATION
COPY TO _____
FURNISHED BY _____
3-15-04

_Walter T. Grimes_ (SEAL)
Walter T. Grimes

_Charles T. Grimes_ (SEAL)
Charles T. Grimes

STATE OF ALABAMA)

COVINGTON COUNTY)

    I, the undersigned authority, a Notary Public in and for said County, in said State hereby certify that **Walter T. Grimes**, a married man,  and **Charles T. Grimes**, a married man, whose names are signed to the foregoing conveyance, and who are known to me, acknowledged before me on this day, that, being informed of the contents of the conveyance, they executed the same voluntarily on the day the same bears date.

    Given under my hand and official seal this the 8th day of April, 1998.

NOTARY PUBLIC

The Address of the Grantees is:
Leslie H. Trawick
Route 2, Box 137-B
Opp, Alabama  36467

PURCHASE MONEY MORTGAGE FILED SIMULTANEOUSLY

STATE OF ALABAMA
I CERTIFY THIS INSTRUMENT WAS FILED ON:

04/08/1998  02:33  REC FEE: $9.00                    BOOK: 948    PAGE: 750
COVINGTON CO,AL, SHERRIE R PHILLIPS - PROBATE JUDGE DOC #: 1998  9291

ALABAMA BUREAU OF INVESTIGATION
COPY TO _____
FURNISHED BY _LSC_



# *** Certified Copy Page ***

I, Sherrie R. Phillips, Judge of Probate, do hereby certify that the foregoing is a FULL, TRUE and CORRECT copy of the Instruments(s) herewith set out as same appears of record in: Real Prop BOOK - 948,  AT PAGE - 749  in said court.

Witness my hand and seal this 17 Day of March, 2004.

*Sherrie R Phillips*

Judge of Probate
Covington County, Alabama



...BUREAU OF INVESTIGATION,
COPY TO ___AUSA___
FURNISHED  BY ___LSC___
                        2-15-04

Printed:  03-17-2004 03:22:40 PM

Optical file reference:  D2ED.3E     TRAWICK     6/2005

134