# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CASE NO: 2:05CR149 |
| | * | |
| LESLIE H. TRAWICK d/b/a | * | |
| LAKE GROCERY, | * | |
| | * | |
| Defendant. | * | |

## MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE (DOC 71) TO PROVIDE FOR CASH PAYMENT

**COMES NOW**, Barbara Trawick, Petitioner in the above styled cause, and, by and through her undersigned attorney, files her Motion to Amend Preliminary Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n)(6) and in support thereof would state:

1.  That Barbara Trawick has filed a claim to the property that is the subject of this forfeiture action, to wit:

**PARCEL NUMBER 1:** For a Point Beginning of the lands herein described, commence at an iron pin set at the point where an ancient fence marking the accepted West line of the NE ¼ of Section 8, Township 4 North, Range 18 East, intersects the Westerly margin of U.S. Highway No. 331, thence S17° 07.1'E along the West line of said highway a distance of 1105.58 feet to a point marked by an iron pin, thence S86° 58.5'W a distance of 330.71 feet to a point marked by an iron pin, thence N0° 05.1'E a distance of 1074.07 feet to the Point of Beginning.  Said lot or parcel of land lying in and being a part of the W ½ of NE ¼ of Section 8, Township 4 North, Range 18 East and containing 4.071 acres, more or less.

**PARCEL NUMBER 2:** Commence at an iron pin set at the point where an ancient fence marking the accepted West line of the NE ¼ of Section 8, Township 4 North, Range 18 East, intersects the Westerly margin of U.S. Highway No. 331, thence S17° 07.1'E along the West line of said highway a distance of 1105.58 feet to a point marked by an iron pin, and the Point of Beginning of the lands herein described, thence

continue S17° 07.1'E along the West line of said highway a distance of 304.44 feet to a point marked by an iron pin, thence S72° 20.4'W a distance of 440.52 feet to a point marked by an iron pin, thence N0° 05.1'E a distance of 407.17 feet to a point marked by an iron pin, thence N86° 58.5'E a distance of 330.71 feet to the Point of Beginning. Said lot or parcel of land lying in and being a part of the W ½ of NE ¼ of Section 8, Township 4 North, Range 18 East and containing 3.092 acres, more or less.

**RECITAL:** The above described property constitutes no part of the homestead of the Grantors or their respective spouse.

situated in the County of Covington, State of Alabama.

2.   That Barbara Trawick desires to keep the property in whole due to the fact that the husband of Barbara Trawick, Leslie H. Trawick, is scheduled to commence a 3 year prison sentence sometime this summer, and petitioner needs said property to provide an income during his incarceration.

3.   That Barbara Trawick desires to attempt to satisfy the forfeiture order through a cash payment for the government's interest in the property in some amount satisfactory to this Court and the Government.

**WHEREFORE**, the Petitioner prays that this Honorable Court will amend its Preliminary Order of Forfeiture (Doc. 71) authorizing the Petitioner, Barbara Trawick, to satisfy this forfeiture by making a cash payment and to have a hearing to adjudicate her interests in the property.

*Barbara Trawick*
Barbara Trawick, Petitioner

**STATE OF ALABAMA**
**COUNTY OF GENEVA**

    Before me, the undersigned authority, a Notary Public in and for said County and State at large, personally appeared Barbara Trawick, who being first duly sworn, did depose and state, under oath that the facts contained in the foregoing Motion are true and correct to the best of her knowledge, memory and belief.

    Sworn to and subscribed before me this 28th day of April, 2006.

                                              Notary Public
                                              My Commission Expires: 3/10/10

**RESPECTFULLY** submitted this the 28th day of April, 2006.

                                              David J. Harrison, HAR149
                                              Attorney for Petitioner
                                              P.O. Box 994
                                              Geneva, Alabama 36340
                                              (334) 684-8729

## CERTIFICATE OF SERVICE

    I hereby certify that on April 28th, 2006, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Jeffery C. Duffey, John T. Harmon, Tommie Brown Hardwick.

                                              David J. Harrison (HAR149)