IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-149-MEF |
| | ) | |
| LESLIE H. TRAWICK d/b/a | ) | |
| Lake Grocery | ) | |

## **O R D E R**

Upon consideration of the claimant's Corrected Motion to Amend Preliminary order of Forfeiture to Provide for Cash Payment (Doc. #119) filed on April 28, 2006, it is hereby

ORDERED that the government show cause in writing on or before May 18, 2006 as to why this motion should not be granted.

DONE this 9th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE