IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-149-MEF |
| | ) | |
| LESLIE H. TRAWICK d/b/a | ) | |
| Lake Grocery | ) | |

## **O R D E R**

Upon consideration of the Petition for Hearing to Adjudicate Interest in Real Property Pursuant to 21 U.S.C. § 853(N)(2) (Doc. #117) filed on April 27, 2006, it is hereby

ORDERED that the parties show cause in writing on or before May 19, 2006 as to why this motion should not be granted.

DONE this 11th day of May, 2006.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE