IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr149-F |
| ) | |
| LESLIE H. TRAWICK d/b/a ) | |
| LAKE GROCERY ) | |

RESPONSE TO ORDER TO SHOW CAUSE

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby responds as follows to this Court's Order dated May 9, 2006:

1.  On April 26, 2006, Barbara Trawick ("Trawick") filed her Notice of Claim of Barbara Trawick, asserting an undivided one-half interest in the real property subject to forfeiture.  She asserted this right pursuant to a Warranty Deed executed on April 18, 1998. On April 28, 2006, Trawick filed her Corrected Motion to amend Preliminary Order of Forfeiture (Doc 71) to Provide for Cash Payment.[1]

2.  Title 21, United States Code, Section 853(n)(6)(A) requires that an order of forfeiture be amended if the petitioner has a legal right, title, or interest in the property and said

---

[1] Trawick also filed a Motion to Amend Preliminary Order of Forfeiture to Provide for Cash Payment on April 28, 2006 in which she sought an order allowing her "to satisfy the forfeiture order through a cash payment for the government's interest . . ."  The corrected motion stated that she desired to receive payment for her interest after the forfeited property was sold.

right, etc. was vested in the petitioner, rather than the defendant, at the time of the commission of the acts giving rise to forfeiture.

The illegal acts giving rise to forfeiture occurred in or about 2001. Accordingly, Trawick's undivided one-half interest was vested in her rather than the defendant at the time of the illegal acts at issue.

3. The United States does not oppose amendment of the order of the forfeiture to reflect Trawick's interest. The amendment should hold that the property in the order will be sold by the United States Marshal Service and the costs of sale; the United States Marshal Service's expenses; all late fees, charges, interest and amounts due for all secured debt; and due and owing property taxes shall be paid from the proceeds of this sale. The amendment should further hold that one-half of the proceeds remaining shall be forfeited to the United States to be disposed of according to law and one-half of the proceeds remaining shall be paid to Trawicks attorney.

4. Should the court order amendment in accordance with this response, the United States will prepare a proposed amended order of forfeiture.

Respectfully submitted this 15th day of May, 2006.

                FOR THE UNITED STATES ATTORNEY
                      LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

    I hereby certify that on May 15, 2006, I electronically filed the foregoing Response to Show Cause Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jeffery C. Duffey, David Jerome Harrison, Bruce Maddox, Glenn E. Glover,** and **Tommie Brown Hardwick.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J