IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr149-F |
| | ) | |
| LESLIE H. TRAWICK d/b/a | ) | |
| LAKE GROCERY | ) | |

RESPONSE TO ORDER TO SHOW CAUSE

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby responds as follows to this Court's Order dated May 11, 2006:

I. BACKGROUND

On April 27, 2006, Wachovia Bank, N.A. ("Wachovia") filed its Petition for Hearing to Adjudicate Interest In Real Property pursuant to Title 21, United States Code, Section 853(n)(2). On May 11, 2006, the Court ordered the parties to show cause why this petition should not be granted.

II. ARGUMENT

Title 21, United States Code, Section 853(n)(6)(A) states the order of forfeiture entered in a criminal forfeiture shall be amended to reflect the interest of a petitioner who, by a preponderance of the evidence, establishes that he had a vested or superior interest in the subject property at the time of the illegal act giving rise to the forfeiture.

It appears that Wachovia, as successor to SouthTrust Bank, S.A., had a secured interest in the subject property beginning in April 1998. The illegal acts giving rise to forfeiture began in or about 2001. See Indictment. Accordingly, Wachovia is entitled to have the order of forfeiture amended to reflect their secured interest.

### III. CONCLUSION

Wachovia'S petition declares a sum certain, up to April 27, 2006, as due and owing under their secured interest. If said sum is the total amount sought by Wachovia under their petition, the United States will, upon approval of the Court, prepare a proposed amended order of forfeiture to reflect Wachovia's interest.

Respectfully submitted this 15th day of May, 2006.

          FOR THE UNITED STATES ATTORNEY
             LEURA G. CANARY

          /s/John T. Harmon
          John T. Harmon
          Assistant United States Attorney
          Bar Number: 7068-II58J
          Office of the United States Attorney
          Middle District of Alabama
          One Court Square, Suite 201 (36104)
          Post Office Box 197
          Montgomery, Alabama 36101-0197
          Telephone:(334) 223-7280
          Facsimile:(334) 223-7560
          E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2006, I electronically filed the foregoing Response to Show Cause Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jeffery C. Duffey, David Jerome Harrison, Bruce Maddox, Glenn E. Glover,** and **Tommie Brown Hardwick.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J