**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05cr149-F |
| ) | |
| LESLIE H. TRAWICK D/B/A LAKE ) | |
| GROCERY. ) | |

### RESPONSE TO COURT'S MAY 11, 2006 SHOW CAUSE ORDER

**COMES NOW** the Petitioner Wachovia Bank, N.A., successor by merger to SouthTrust Bank, N.A. ("Wachovia"), and responds to the Court's May 11, 2006 *Order* requiring the parties to show cause (the "Show Cause Order"), and in support thereof, states:

1. Wachovia filed its *Petition For Hearing To Adjudicated Interest In Real Property Pursuant To 21 U.S.C. § 853(N)(2)* (the "Petition") on April 27, 2006. In the Petition, Wachovia requested that the Court's December 7, 2005 *Preliminary Order Of Forfeiture* (the "Forfeiture Order") be amended to reflect Wachovia's interest in the real property the subject of the Forfeiture Order (the "Real Property").

2. Counsel for Wachovia then spoke with counsel for the United States regarding Wachovia.

3. On May 11, 2006, this Court entered the Show Cause Order, requiring the parties to show cause why the Petition should not be granted.

4. On May 15, 2006, the United States filed their *Response To Order To Show Cause* (the "Response"). Therein, the United States stipulated that Wachovia is entitled to have the Forfeiture Order amended to reflect Wachovia's secured interest in the Real Property.

1466162

5. As such, based on the undersigned counsel's phone conversation with the attorney for the United States and the Response, it appears that the parties agree that the Forfeiture Order should be amended to reflect Wachovia's first-priority lien on the Real Property.

6. The United States also stated in its Response that Wachovia's Petition stated a sum certain owed as of April 27, 2006 which sum the Real Property secures. This amount, however, has increased since April 27, 2006, due to per diem interest of $16.67 and additional attorneys' fees of $1,000. Currently, as of May 19, 2006, the total indebtedness to Wachovia secured by the Real Property is $106,599.92. Interest continues to accrue at $16.67 per diem.

7. Wachovia's Petition does not seek payment of this sum but simply requests that the Forfeiture Order be amended to reflect its interest in the Real Property. However, if the United States is interested in purchasing Wachovia's interest in the Real Property or selling the Real Property and paying off Wachovia's indebtedness, Wachovia is interested.

Respectfully submitted this the 19th day of May 2006.

/s/ Rashad L. Blossom
Rashad L. Blossom
Glenn E. Glover

Attorneys for Wachovia Bank, N.A.

**OF COUNSEL:**

**BURR & FORMAN LLP**
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:   (205) 251-3000
Facsimile:    (205) 458-5100

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 19th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and to the extent they are not properly registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class, United States mail, postage prepaid:

  John Harmon
  Assistant United States Attorney General
  One Court Square, Suite 201
  Montgomery, Alabama 36104
  John.Harmon@usdoj.gov

              /s/ Rashad L. Blossom
              OF COUNSEL