**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

19

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:05cr149-F |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LESLIE H. TRAWICK d/b/a LAKE GROCERY | NOTICE OF FORFEITURE |

RECEIVED 2005 DEC -4 P 2:06 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OPP NEWS

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
POST OFFICE BOX 870 - OPP, ALABAMA 36467

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

CATS #05-DEA-459624

PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*John T.*

TELEPHONE NUMBER: (334) 223-7280
DATE: DECEMBER 8, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk: *K. Chavers* | Date 12/9/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/24/06   Time: 4:30 pm

Signature of U.S. Marshal or Deputy: *K. Chavers*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | $53.00 | | | |

REMARKS: 4/6/06 C.M. # 7001 1140 0001 8579 7124
To be published 4/13, 4/20, 4/27/06
5/24/06 Paid invoice

RETURNED AND FILED
MAY 24 2006

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.
CLERK