| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form |
|---|---|

(18) ✓

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05cr149-F |
|---|---|
| DEFENDANT<br>LESLIE H. TRAWICK d/b/a LAKE GROCERY | TYPE OF PROCESS<br>NOTICE OF FORFEITURE |

RECEIVED
2005 DEC -9 P 1:59
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>MONTGOMERY ADVERTISER |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:<br><br>John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of process to be served<br>with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served<br>in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

05-DEA-459624          PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS.

| Signature of Attorney or other Originator requesting service on behalf of:<br>_John T H_ ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>DECEMBER 8, 2005 |
|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Cl;erk<br>K. Chavers | Date<br>12/9/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

RETURNED AND FILED
MAY 2 4 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| Address (complete only if different than shown above) | Date of Service<br>5/24/06 | Time<br>4:30 pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy<br>K. Chavers | |

| Service Fee<br>45.00 | Total Mileage Charges<br>(including endeavors) | Forwarding Fee<br>8.00 | Total Charges<br>53.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 4/6/06 C.M. # 7001 1140 0001 8579 7117
To be published 4/13, 4/20, 4/27/06
4/11/06 Received green card signed Gary Edwards
5/24/06 Paid invoice

| PRIOR EDITIONS MAY BE USED | FORM USM 285 (Rev. 12/15/80) |
|---|---|