IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | CR. NO.  2:05cr149-F |
| v. ) | |
| ) | |
| LESLIE H. TRAWICK, d/b/a ) | |
| LAKE GROCERY ) | |

### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
### PURSUANT TO § 5K1.1, UNITED STATES SENTENCING GUIDELINES

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. Defendant entered a plea of guilty pursuant to a plea agreement under Rule 11(c)(1)(C) to an Information charging violation of Title 21, United States Code, Section 841(f)(1).

2. Defendant agreed to cooperate with the Government in the instant cause and in subsequent investigations as necessary, and to waive his rights to appeal or collaterally attack the guilty plea or sentence.

3. The United States submits the defendant has cooperated with the United States and has abided by the terms of his plea agreement. The assistance provided by the defendant should be considered substantial. The information provided by Defendant Trawick was against his ex-employees/co-defendant, which resulted in both of the co-defendants entering a guilty plea. The defendant agreed and was willing to testify against both co-defendants.

4. The Government is satisfied that the defendant is entitled to be considered for a reduction of sentence under § 5K1.1 U.S.S.G., and moves this Court to downwardly depart 12 months, and impose a sentence of 48 months imprisonment, which is in accordance with the plea

agreement.

    Respectfully submitted this the 11th day of August, 2006.

                                         LEURA G. CANARY  
                                         UNITED STATES ATTORNEY

                                         /s/Tommie Brown Hardwick  
                                         TOMMIE BROWN HARDWICK  
                                         One Court Square, Suite 201  
                                         Montgomery, AL 36104  
                                         Phone: (334) 223-7280  
                                         Fax: (334) 223-7135  
                                         E-mail: tommie.hardwick@usdoj.gov  
                                         ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO.   2:05cr149-F |
| v. ) | |
| ) | |
| LESLIE H. TRAWICK, d/b/a ) | |
| LAKE GROCERY ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

David J. Harrison, Esquire.

    Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T