# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING           AT MONTGOMERY, AL

DATE COMMENCED:   8/16/06           AT:   11:10 a.m.
DATE COMPLETED:   8/16/06           AT:   11:27 a.m.

UNITED STATES OF AMERICA        §
                                §
vs.                             §   CR. NO. 2:05CR149-MEF
                                §
LESLIE H. TRAWICK               §

_____
          GOVERNMENT            APPEARANCES:            DEFENDANT
Terry Moorer                                          David J. Harrison
John Harmon
_____
                      COURT OFFICIALS PRESENT:
Jimmy Dickens, Court Reporter                  Al Lancaster, USPO
Josh Clayton, Law Clerk
Kelli Gregg, Courtroom Clerk
_____
                      COURTROOM  PROCEEDINGS:

( X)  **Sentencing**

   11:10 a.m. -   Court convenes.
                  Government states the terms of the plea agreement to the Court.
                  Court will sentence defendant as to terms of the plea agreement.
                  Court will GRANT Government's Motion for Acceptance of
                  Responsibility (Doc. #144).
                  Government states the basis for filing their 5K1.1 Motion for Downward
                  Departure (Doc. #145).
                  Court will GRANT the Government's 5K1.1 Motion for Downward
                  Departure (Doc. #145).
                  Government asks that the Court make the preliminary order of forfeiture
                  final and direct clerk to include it on the judgment in this case.
                  Court will order forfeiture of interest in question and make it part of the
                  Court's oral pronouncement of sentence and include it on the final
                  judgment in this case.
                  The Court sentences defendant and advises him of his right to an appeal.
                  Defense counsel asks that defendant be allowed to self surrender.
                  Court will allow defendant to self surrender by October 2, 2006.

|  |  |
|---|---|
|  | Government Motions the Court to Dismiss Counts 1-4 of the Indictment. Court GRANTS Governments Motion to Dismiss Counts 1-4 of the Indictment. |
| 11:27 a.m. - | Court is in recess. |