IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr149-F |
| ) | |
| LESLIE H. TRAWICK d/b/a ) | |
| LAKE GROCERY ) | |

### UNITED STATES OF AMERICA'S MOTION
### FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on December 7, 2005, this Court entered a Preliminary Order of Forfeiture ordering defendant Leslie H. Trawick to forfeit his interest in the subject real property to the United States;

That on March 30, 2006, notice was served upon Murphy, Murphy & McCalman, P.C. by the United States Marshals Service;

That on March 30, 2006, notice was served upon Wachovia Bank, N.A. (successor by merger to SouthTrust Bank, N.A.) by the United States Marshals Service;

That on March 30, 2006, notice was served upon Barbara Trawick by the United States Marshals Service;

That on May 16, 2006, notice was served upon David J. Harrison, Attorney at Law, by the United States Marshals Service;

That notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further

notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the <u>Montgomery Advertiser</u> and <u>Opp News</u> newspapers on April 13, 20 and 27, 2006;

That on April 26, 2006, Barbara Trawick filed a petition of interest, asserting an undivided one-half interest in the real property;

That on April 27, 2006, Wachovia Bank, N.A. filed a petition of interest, asserting a first-priority lien on the real property;

That on April 28, 2006, Barbara Trawick filed a motion to amend the preliminary order of forfeiture wherein she stated her desire to receive her individual one-half share interest after sale of the subject real property;

That on May 15, 2006, the United States agreed that the Preliminary Order of Forfeiture should be amended to recognize the interests of Barbara Trawick and Wachovia Bank, N.A.;

That on May 19, 2006, Wachovia Bank, N.A. filed its response to a show cause order stating its lien amount and interest in selling the real property to pay off the indebtedness.

That no other person has filed a petition of interest within the required thirty-day period.  Therefore, any other third-party interests are barred by failure of those parties to file a timely petition.  Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture.

Respectfully submitted this 12th day of September, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, I electronically filed the foregoing Motion for Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Glenn E. Glover**, **David J. Harrison** and **Tommie Brown Hardwick**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J