IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr149-F |
| ) | |
| LESLIE H. TRAWICK d/b/a ) | |
| LAKE GROCERY ) | |

FINAL ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture on December 7, 2005, ordering defendant Leslie H. Trawick to forfeit his interest in the subject real property to the United States. Notice of the Preliminary Order of Forfeiture was given by publication on April 13, 20 and 27, 2006 in the Opp News and Montgomery Advertiser, and notice was served upon Barbara Trawick and Wachovia Bank, N.A. on March 30, 2006.

Barbara Trawick and Wachovia Bank, N.A. timely petitioned the Court for hearings to adjudicate the validity of their alleged interest in said real property, and for an amendment of the order of forfeiture pursuant to Title 21, United States Code, Section 853(n)(6).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following real property is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853:

> PARCEL NUMBER 1: For a Point Beginning of the lands herein described, commence at an iron pin set at the point where an ancient fence marking the accepted West line of the NE 1/4 of Section 8, Township 4 North, Range 18 East,

intersects the Westerly margin of U. S. Highway No. 331, thence S17° 07.1'E along the West line of said highway a distance of 1105.58 feet to a point marked by an iron pin, thence S86° 58.5'W a distance of 330.71 feet to a point marked by an iron pin, thence N0° 05.1'E a distance of 1074.07 feet to the Point of Beginning. Said lot or parcel of land lying in and being a **part** of the W 1/2 of NE 1/4 of Section 8, Township 4 North, Range 18 East and containing 4.07 1 acres, more or less.

PARCEL NUMBER 2: Commence at an iron pin set at the point where an ancient fence marking the accepted West line of the NE 1/4 of Section 8, Township 4 North, Range 18 East, intersects the Westerly margin of U. S. Highway No. 331, thence S17° 07.1'E along the West line of said highway a distance of 1105.58 feet to a point marked by an iron pin, and the Point of Beginning of the lands herein described, thence continue S17° 07.1'E along the West line of said highway a distance of 304.44 feet to a point marked by an iron pin, thence S72° 20.4'W a distance of 440.52 feet to a point marked by an iron pin, thence N0° 05.1'E a distance of 407.17 feet to a point marked by an iron pin, thence N86° 58.5'E a distance of 330.71 feet to the Point of Beginning. Said lot or parcel of land lying in and being a part of the W 1/2 of NE 1/4 of Section 8, Township 4 North, Range 18 East and containing 3.092 acres, more or less.

**RECITAL:** The above property is no part of the homestead of the Grantor or of the Grantor's spouse, nor was it part of the homestead of Samuel W. Stinson or of his spouse at the time of execution of that certain deed to the Grantor herein recorded in the Office of the Judge of Probate of Covington County, Alabama, in Real Property Book 861, Page 911.

**RECITAL:** To correct that certain deed dated February 28, 1996, and recorded February 28, 1996, at 10:l0 a.m., in Real Property Book 914, Pages 584-585, in the Office of the Judge of Probate of Covington County, Alabama.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

3. The real property shall be sold by the United States Marshals Service and all costs of sale, the United States Marshals Service's expenses, amounts due for all secured debt owed to Petitioner Wachovia Bank, and due and owing property taxes shall be paid from the proceeds of sale.

As of May 19, 2006, the total indebtedness to Wachovia Bank, N.A. was $106,599.92, with interest accruing at $16.67 per diem. The amount due Petitioner Wachovia Bank, N.A. shall be calculated by adding the accrued per diem interest up to the date of sale, to said $106.599.92.

4. One-half of the proceeds remaining after sale of the property and disbursement of funds as specified above are hereby forfeited to the United States of America to be disposed of according to law;

5. The remaining one-half of said proceeds shall be paid to Petitioner, Barbara Trawick, through her attorney, David J. Harrison;

6. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

7. Except as herein stated, all parties shall bear their own costs; and,

     8.    The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

     SO ORDERED this the ____ day of _____, 2006.

 

_____
UNITED STATES DISTRICT JUDGE