**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                     ) | Case No. 2:05cr149-F |
| ) | |
| LESLIE H. TRAWICK D/B/A LAKE    ) | |
| GROCERY.                                         ) | |

**RESPONSE TO UNITED STATES'
MOTION FOR A FINAL ORDER OF FORFEITURE**

**COMES NOW** the Petitioner Wachovia Bank, N.A., successor by merger to SouthTrust Bank, N.A. ("Wachovia"), and responds to the United States' *Motion For Final Order Of Forfeiture* (the "Motion"), and in support thereof, states:

1. The Motion correctly requests entry of a final order of forfeiture (the "Order") reflecting Wachovia's first-priority security interest/lien in the real property the subject of the Motion (the "Real Property) and the continuing validity of that security interest/lien against the Real Property.

2. Wachovia, however, would request that the Order be modified from that proposed by the United States to reflect the following:

a. An additional $1,250 in attorneys' fees and expenses have been incurred by Wachovia since the date of Wachovia's last filing with this Court on May 19, 2006, said fees and expenses which are legally recoverable under its contract documents. The current principal balance on Leslie and Barbara Trawick's (the "Obligors") indebtedness to Wachovia is $104,134.49, with an additional $164.02 owing for late fees and $3,250 owing for attorneys' fees. Interest has continued and will continue to accrue on the principal balance of $104,134.49 at $16.67 per diem since May 19, 2006.

1499640

b.	The United States Marshall shall give Wachovia immediate notice of the sale of the Real Property with date, location, and time, but in no event less than ten (10) days business days notice, by e-mailing Wachovia at jason.ford2@wachovia.com and e-mailing Wachovia's counsel at gglover@burr.com.

c.	Wachovia shall be allowed to credit bid at the sale of the Real Property.

3.	Upon belief, the above-stated modifications to the Order will be agreeable by the United States, and no hearing is required on the Motion.  However, should the United States have any objections to these proposed modifications to the Order, Wachovia respectfully requests a telephonic hearing on this matter.

Respectfully submitted this the 13th day of September 2006.

/s/ Glenn E. Glover_____
Rashad L. Blossom
Glenn E. Glover

Attorneys for Wachovia Bank, N.A.

**OF COUNSEL:**

**BURR & FORMAN LLP**
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:	(205) 251-3000
Facsimile:	(205) 458-5100

1499640                                   2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 13th day of September 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all properly registered parties and to the extent they are not properly registered with the Court's ECF system, they have been served by directing same to their office addresses via first-class, United States mail, postage prepaid:

                                    /s/ Glenn E. Glover
                                    OF COUNSEL