AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___6___

DEFENDANT:      **LESLIE H. TRAWICK**
CASE NUMBER:    **2:05CR149-MEF**

RECEIVED

2006 OCT -6  P 12: 58

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Thirty six (36) months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐   as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    X   before 2 p.m. on   **October 2, 2006** _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED

OCT 13 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _10-2-2006_ to _FPC mon_

at _Maxwell AFB, AL 36112_ , with a certified copy of this judgment.

_O. DREW, WARDEN_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL