IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | CRIMINAL ACTION NO. |
| ) | 2:05cr149-MHT |
| LESLIE H. TRAWICK d/b/a ) | |
| LAKE GROCERY    ) | |

### ORDER

Upon consideration of the response filed by petitioner Wachovia Bank, N.A. (doc. no. 151), it is ORDERED that the government's motion for a final order of forfeiture (doc. no. 150) is set for hearing on December 18, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 12th day of December, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE