IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CRIMINAL CASE NO: |
| | * | 2:05cr149-MHT |
| | * | |
| LESLIE H. TRAWICK d/b/a | * | |
| LAKE GROCERY, | * | |
| | * | |
| Defendant. | * | |

## MOTION TO BE EXCUSED FROM HEARING

**COMES NOW**, the undersigned attorney and moves this Honorable Court to excuse him and his client from the hearing that is set on the government's motion for a final order on December 18, 2006 at 10:00 a.m. and states as reason the following:

1. The Defendant's issues with the government are settled.

2. The Defendant's wife's claim is being honored by the government, therefore, she has no interest in the hearing.

**WHEREFORE**, the undersigned prays that this Honorable Court will excuse him and his client from the hearing that is set for December 18, 2006 at 10:00 a.m.

**RESPECTFULLY** submitted this the 13th day of December, 2006.

/s/ David J. Harrison, HAR149
Attorney for Leslie Trawick
P.O. Box 994
Geneva, Alabama 36340
(334) 684-8729

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2006, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Jeffery C. Duffey, Glenn E. Glover, Tommie Brown Hardwick, John T. Harmon and Bruce Maddox.

      A copy of the foregoing document will be mailed to:

| | |
|---|---|
| Kim Chatham | Buffy Lynn Roberson |
| 25069 Wages Road | 29482 County Road 85 |
| Opp, Alabama 36467 | Opp, Alabama 36467 |

      /s/ David J. Harrison, HAR149
Attorney for Leslie Trawick
P.O. Box 994
Geneva, Alabama 36340
(334) 684-8729