IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05cr149-MHT |
| | ) | |
| LESLIE H. TRAWICK D/B/A LAKE GROCERY. | ) ) | |

MOTION TO CONTINUE HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests a continuance of the hearing on the Government's Motion for Final Order of Forfeiture in this case. In support thereof, we would show the following:

1. A hearing was set in this case for December 18, 2006.

2. The parties have reached a proposed settlement of the issues to be heard at the hearing.

3. The United States moves the Court to continue the hearing generally until such time as the Court has considered the proposed Order attached herewith.

Respectfully submitted this the 14th day of December, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ John T. Harmon
JOHN T. HARMON
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
john.harmon@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:05cr149-MHT |
| | ) | |
| LESLIE H. TRAWICK D/B/A LAKE GROCERY. | ) ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ John T. Harmon
JOHN T. HARMON
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
john.harmon@usdoj.gov