IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr149-MHT |
| **LESLIE H. TRAWICK d/b/a** | ) | |
| **LAKE GROCERY** | ) | |

### ORDER

It is ORDERED that the motion to be excused from hearing (doc. no. 156) is granted.

DONE, this the 14th day of December, 2006.

                                        /s/ Myron H. Thompson  
                                  **UNITED STATES DISTRICT JUDGE**