IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
|    v.   ) | CRIMINAL ACTION NO. |
| ) |   2:05cr149-MHT |
| LESLIE H. TRAWICK d/b/a   ) | |
| LAKE GROCERY   ) | |

## ORDER

It is ORDERED that the motion to continue hearing (doc. no. 157) is granted to the extent that the hearing is canceled.

DONE, this the 15th day of December, 2006.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE