| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05CR149-MHT |
|---|---|
| DEFENDANT<br>LESLIE H. TRAWICK d/b/a LAKE GROCERY | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
COVINGTON COUNTY JUDGE OF PROBATE

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
COURT SQUARE ONE - ANDALUSIA, ALABAMA 36420

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

[Attached green card / PS Form 3811 showing:]
Covington County Judge of Probate
P.O. Drawer 789
Andalusia, AL 36420
Signed: Patricia Gunter (Printed Name)
7002 2410 0002 4887 1541

TELEPHONE NUMBER: (334) 223-7280
DATE: 01/05/07

Date: 1/5/07

Date of Service: 1/22/07  Time: 12:19 pm
Signature of U.S. Marshal or Deputy: R. Cravens

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS:
1/12/07  C.M. # 7002 2410 0002 4887 1541
1/22/07  Received green card signed "Patricia Gunter"
1/22/07  Received recorded copy

RETURNED AND FILED
JAN 26 2007

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.