④

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05CR149-MHT |
| DEFENDANT<br>LESLIE H. TRAWICK d/b/a LAKE GROCERY | TYPE OF PROCESS<br>RELEASE OF LIS PENDENS |

RECEIVED 2007 APR 26 P 4:46 UNITED STATES MARSHALS SERVICE

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
COVINGTON COUNTY JUDGE OF PROBATE

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
COVINGTON COUNTY COURTHOUSE - Court Square One (P.O. Box 789), Andalusia, Alabama 36420

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)
CATS # 05-DEA-459624

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 04/26/07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | No. | No. 2 | No. 2 | K. Chavers | 4/26/07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/9/07  Time: 3:31 pm
Signature of U.S. Marshal or Deputy: K. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS:
5/2/07 C.M. # 7002 2410 0002 4887 1628
5/9/07 Received recorded copy

RETURNED AND FILED MAY 15 2007

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Covington County Judge of Probate
P.O. Drawer 789
Andalusia, AL 36420

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☒ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
5/8/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7002 2410 0002 4887 1626

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Recorded in the Above
Misc Book & Page
05-08-2007 12:38:02 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 APR 26  P 4:46
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CR. NO. 2:05cr149-MEF |
| ) | |
| LESLIE H. TRAWICK d/b/a ) | |
| LAKE GROCERY            ) | |

## RELEASE OF LIS PENDENS/LEVY

NOTICE is hereby given that a certain <u>Lis Pendens/Levy</u> filed in the Office of the Judge of Probate, Covington County, Alabama, is hereby released and discharged. The Lis Pendens/Levy was recorded in the real property records on or about July 7, 2005, giving notice of the pendency of a forfeiture action in the United States District Court for the Middle District of Alabama entitled *United States of America v. Leslie H. Trawick d/b/a Lake Grocery*, Cr. No. 2:05cr149-MEF.

The property which is affected by this Release is described as follows:

> PARCEL NUMBER 1: For a Point Beginning of the lands herein described, commence at an iron pin set at the point where an ancient fence marking the accepted West line of the NE 1/4 of Section 8, Township 4 North, Range 18 East, intersects the Westerly margin of U. S. Highway No. 331, thence S17° 07.1'E along the West line of said highway a distance of 1105.58 feet to a point marked by an iron pin, thence S86° 58.5'W a distance of 330.71 feet to a point marked by an iron pin, thence N0° 05.1'E a distance of 1074.07 feet to the Point of Beginning. Said lot or parcel of land lying in and being a part of the W 1/2 of NE 1/4 of Section 8, Township 4 North, Range 18 East and containing 4.07 1 acres, more or less.
>
> PARCEL NUMBER 2: Commence at an iron pin set at the point where an ancient fence marking the accepted West line of the NE 1/4 of Section 8, Township 4 North, Range 18 East,

Recorded in the Above
Misc Book & Page
05-08-2007 12:38:02 PM
Sherrie R. Phillips, Probate Judge
Covington County, Alabama

intersects the Westerly margin of U. S. Highway No. 331, thence S17° 07.1'E along the West line of said highway a distance of 1105.58 feet to a point marked by an iron pin, and the Point of Beginning of the lands herein described, thence continue S17° 07.1'E along the West line of said highway a distance of 304.44 feet to a point marked by an iron pin, thence S72° 20.4'W a distance of 440.52 feet to a point marked by an iron pin, thence N0° 05.1'E a distance of 407.17 feet to a point marked by an iron pin, thence N86° 58.5'E a distance of 330.71 feet to the Point of Beginning. Said lot or parcel of land lying in and being a part of the W 1/2 of NE 1/4 of Section 8, Township 4 North, Range 18 East and containing 3.092 acres, more or less.

**RECITAL:** The above property is no part of the homestead of the Grantor or of the Grantor's spouse, nor was it part of the homestead of Samuel W. Stinson or of his spouse at the time of execution of that certain deed to the Grantor herein recorded in the Office of the Judge of Probate of Covington County, Alabama, in Real Property Book 861, Page 911.

**RECITAL:** To correct that certain deed dated February 28, 1996, and recorded February 28, 1996, at 10:10 a.m., in Real Property Book 914, Pages 584-585, in the Office of the Judge of Probate of Covington County, Alabama.

Done this the 26th day of April, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

_____
John T. Harmon [HAR108]
Assistant United States Attorney

Address of Counsel:

Office of the United States Attorney
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560

Term/Cashier: COVINGTON05 / TracyL
Tran: 5023.55357.71457
CER Certification Fee          3.00
INF Indexing Fee (Pro Judge)   2.50
REC Recording Fee              9.00
Total Fees:    $ 14.50

Covington County, Alabama
I certify this instrument was filed on
05-08-2007 12:38:02 PM
and recorded in Misc Book
2007 at pages 854 - 856
Sherrie R. Phillips, Probate Judge